IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Guy F. Martin Jr. et al                           *

9740 Covered Wagon Dr

Laurel, Md. 20723                                 *
(Full name and address of the plaintiff)
                 **Plaintiff(s)**

2011 APR -6  P 2: 07

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

RDB 11 CV 904

                 vs.                              *       Civil No.:_____
                                                          (Leave blank. To be filled in by Court.)
State of Maryland

Governor Martin O'Malley                          *

100 State Circle

Annapolis, Md. 21401                              *


_____
(Full name and address of the defendant(s))
                 **Defendant(s)**                 *
                                              ******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

Complaint (Rev. 12/2000)                          1

2. The facts of this case are:

Governor of Maryland in compliance with 28 USC Section 2284 has been forced by the clerk of the US House of Representatives to assign 8 US House of Representative Districts for our State. Citizens of Maryland are under represented, the Ratio of 1 Representative for every 721,694 people, following the 2010 US Census. The First Census, 1790, 3rd Congress, apportioned 106 US House districts for 3,929,214 citizens. Amendment XIV, 1868, 43rd Congress apportioned an additional 108 US House districts for the 9th Census. The citizens of the State of Maryland have been harmed by this lack of Representation we are guaranteed by Article 1 Section 2 of the US Constitution, and the 14th Amendment Section 2.

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☑ An injunction ordering: The Governor, Maryland General Assembly, and the State Board of Elections redistrict 1 US House district for every 30,001 citizens with strict population equality.

☐ Other (explain) _____

_____

4 / 6 / 2011
(Date)

*/s/ Guy Martin Jr.*
(Signature)

Guy F. Martin Jr.

9740 Covered Wagon Dr

Laurel, Md. 20723

410 610 3905
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.